IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAMMY ARRANT,

    Plaintiff,

v.                                      Case No. 3:10cv481/MCR/EMT

AT&T UMBRELLA BENEFIT
PLAN NO. 1,

    Defendant.
_____/

O R D E R

    Plaintiff, Tammy Arrant, has filed the current action against Defendant, AT&T Umbrella Benefit Plan No. 1, under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq. (*See* doc. 1).  In their Joint Planning Meeting Report, the parties agree the arbitrary and capricious standard of review applies to plaintiff's claim; however, they also agree that limited discovery is permissible in this action and have requested six months for discovery. (*See* doc. 15). Such a lengthy discovery period is inconsistent with an arbitrary and capricious standard of review.  Accordingly, the parties are directed to file memoranda addressing the applicable standard of review and whether any discovery is necessary.  Such memoranda must be submitted on or before June 3, 2011.  All further proceedings are stayed pending the court's determination of the appropriate standard of review.

    **ORDERED** on this 19th day of May, 2011.

                                                  s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**